UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HENRY SPRUILL,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
04-CV-1934 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 15 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 12, 2005, remanding the case to the Commissioner for further proceedings consistent with the Court's oral ruling of July 12, 2005; and directing the Administrative Law Judge to consider the retrospective disability assessment submitted by Dr. F. Ahmed on February 12, 2002; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the case is remanded to the Commissioner for further proceedings consistent with the Court's oral ruling of July 12, 2005; and that the Administrative Law Judge is directed to consider the retrospective disability assessment submitted by Dr. F. Ahmed on February 12, 2002.

Dated: Brooklyn, New York
       July 13, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court